UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



KENNETH JONES
_____
(Name of plaintiff or plaintiffs)

v.    CIVIL ACTION NO._____

MEMPHIS CITY SCHOOLS
_____
(Name of defendant or defendants)

### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, KENNETH JONES
(name of plaintiff)

is a citizen of the United States and resides at 123 Armour PL
(street address)

Byhalia          USA             MS
(city)          (country)       (state)

38611            662-701-5492/662-544-6170
(zip code)       (telephone number)

Revised 4-18-08

3. Defendant __MEmphis City Schools__
(defendant's name)
lives at, or its business is located at __2599 Avery Avenue, Rm 138__
(street address)
__MEmphis TN 38112__

4. Plaintiff sought employment from the defendant or was employed by the defendant at
__2597 Avery Avenue, (MEmphis, TN 38112)__
(street address)

| __MEmphis__ | __USA__ | __TN__ | __38112__ |
|---|---|---|---|
| (city) | (country) | (state) | (zip code) |

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about __5        SEPTEmbers     2007__
(day)          (month)           (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about_____.
(day)          (month)           (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about_____.
(day)          (month)           (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __14    MAY  2012__. (Attach a copy of the notice to
(day) (month) (year)
this complaint.)

9. Because of plaintiff's (1) ___ race, (2) ___ color, (3) _X_ sex, (4) ___ religion, (5) ___ national origin, defendant

(a) _X_ failed to employ plaintiff.

(b) ___ terminated plaintiff's employment.

(c) ___ failed to promote plaintiff.

(d) ___ _____

10. The circumstances under which defendant discriminated against plaintiff were as follows:_____

ON September 2007, I was hired as a Substitute (TE) Teacher, I should have been hired as a full time Teacher because I had full Teacher certification by the State of Tennessee in Business Education (2007), I notice younger teachers were hired with incomplete teacher certification or none at all. I did ask on more than one event for a full time teaching position. I was given the run around, I had to fill a new application, which unnecessary because I would be putting the same information the application.

11. The acts set forth in paragraph 9 of this complaint

   (a) ___ are still being committed by defendant.

   (b) ___ are no longer being committed by defendant.

   (c) _X_ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ____ Defendant be directed to employ plaintiff, or

   (b) ____ Defendant be directed to re-employ plaintiff, or

   (c) ____ Defendant be directed to promote plaintiff, or;

   (d) ____ Defendant be directed to _____

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.   I would like to have my case tried by a jury. Yes (X) No ( )

_____  8/13/2012
SIGNATURE OF PLAINTIFF

Revised 4-18-08