# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KENNETH JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-02704-JTF-cgc |
| ) | |
| MEMPHIS CITY SCHOOLS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order entered by this Court on July 29, 2015.  (ECF No. 46).

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                                    THOMAS M. GOULD
United States District Judge                                                 CLERK

   July 29, 2015                                                                 s/Cameron M. Watson
       DATE                                                                        (By) LAW CLERK

1